FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 27 2020   ★

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7410
DIRECT FAX
(202) 661-8301
EMAIL ADDRESS
JOHN.BEISNER@SKADDEN.COM

BROOKLYN OFFICE
FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 25, 2020

**Via Email or U.S. Mail**
All Counsel of Record
Clerk of the Kansas District Court (Kansas City)
Clerk of the New York Eastern District Court (Brooklyn)
Clerk of the New York Eastern District Court (Central Islip)

RE:   *IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*, **MDL Docket No. 2738**

Pursuant to R.P.J.P.M.L. 4.1(b), please find enclosed the Notice of Related Actions filed by Johnson & Johnson and Johnson & Johnson Consumer Inc., filed with the Judicial Panel on Multidistrict Litigation today.

Sincerely,

*/s/ John H. Beisner*

John H. Beisner

August 25, 2020
Page 2

*Attorneys for Johnson &
Johnson and Johnson &
Johnson Consumer Inc.*

Enclosures

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON )<br>TALCUM POWDER PRODUCTS )<br>MARKETING, SALES PRACTICES AND )<br>PRODUCTS LIABILITY LITIGATION )<br>_____ ) | MDL Docket No. 2738 |

## NOTICE OF RELATED ACTIONS

To the Clerk of the Multidistrict Panel:

Pursuant to Rule 7.2(i) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, the undersigned defendants hereby notify the Panel of the pendency of potential tag-along actions in federal district court. These actions are listed in the attached schedule. Transfer of these actions is appropriate because they involve common questions of fact with actions previously transferred by the Panel to Judge Freda Wolfson of the United States District Court for the District of New Jersey.

Accordingly, the undersigned defendants request that the Panel transfer these actions to Judge Wolfson for coordinated pretrial proceedings as part of MDL 2738.

Dated: August 25, 2020          Respectfully submitted,

s/ John H. Beisner
John H. Beisner
Jessica D. Miller
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

*Attorneys for Johnson & Johnson and*
*Johnson & Johnson Consumer Inc.*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2738

## SCHEDULE OF RELATED ACTIONS

| Plaintiffs | Defendants | Div./City | Civil Action No. | Judge |
|---|---|---|---|---|
| **D. Kan.** | | | | |
| Maurice E. Robinson | Johnson & Johnson Corporation | Kansas City | 2:20-cv-02394-DDC-JPO | District Judge Daniel D. Crabtree |
| **E.D.N.Y.** | | | | |
| Mohabir Kissoon | Johnson & Johnson, Johnson & Johnson Consumer Inc. | Brooklyn | 1:20-cv-03767-LDH-VMS | Judge LaShann DeArcy Hall |
| Irina Nayshlos, Leonid Nayshlos | Johnson & Johnson, Johnson & Johnson Consumer Inc. | Brooklyn | 1:20-cv-03670-AMD-RER | Judge Ann M. Donnelly |
| Philip LaBarbera | Johnson & Johnson | Central Islip | 2:20-cv-03609-JS-ARL | Judge Joanna Seybert |